**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000258
29-SEP-2020
09:36 AM**

NO. CAAP-20-0000258

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff/Appellee, v.
ROBERT K.R. QUARTERO, Defendant/Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTC-17-073529)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record in CAAP-20-0000258, it appears this court lacks jurisdiction over the appeal by self-represented Defendant-Appellant Robert K.R. Quartero (**Quartero**) from the "Notice of Entry of Judgment and/or Order and Plea/Judgment" (**Judgment**) entered by the district court on January 13, 2020.

A notice of appeal must be filed within 30 days after entry of the judgment appealed from. Rule 4(b)(1), Hawaiʻi Rules of Appellate Procedure (**HRAP**). On March 4, 2020, the district court granted Quartero a 30-day extension to file a notice of appeal, to March 13, 2020, pursuant to HRAP Rule 4(b)(5). Therefore, Quartero was required to file a notice of appeal by March 13, 2020.

Quartero's notice of appeal was filed on March 18, 2020, 5 days after the extended deadline of March 13, 2020. The notice of appeal was untimely. HRAP Rule 4(b)(1) and (5).

"[C]ompliance with the requirement of the timely filing of a notice of appeal is jurisdictional." <u>State v. Brandimart</u>, 68 Haw. 495, 496, 720 P.2d 1009, 1010 (1986) (citations omitted). "We must dismiss an appeal on our own if we lack jurisdiction." <u>Id.</u> at 497, 720 P.2d at 1010 (citation omitted).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, September 29, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge

2